# Third District Court of Appeal
## State of Florida

Opinion filed January 29, 2025.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D24-0270
Lower Tribunal No. F17-9011

————————————

**Robinson Calixte,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Marisa Tinkler Mendez, Judge.

Carlos J. Martinez, Public Defender, and Susan S. Lerner, Assistant Public Defender, for appellant.

John Guard, Acting Attorney General, and Sandra Lipman, Senior Assistant Attorney General, for appellee.

Before EMAS, LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Erickson v. State</u>, 565 So. 2d 328, 331 (Fla. 4th DCA 1990) (explaining that an expert cannot testify as to the truthfulness of a witness or to a defendant's mental condition when such condition is not at issue); <u>see also</u> <u>Carter v. State</u>, 697 So. 2d 529, 531 (Fla. 1st DCA 1997) (reversing based on exclusion of defense expert testimony where defense expert would have testified to Carter's mental condition and ability to understand his rights pursuant to <u>Miranda v. Arizona</u>, 384 U.S. 436 (1966), and competently waive same).